**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ERIC L. WHITE,                        :    No. 53 EM 2020

            Petitioner        :

            v.                    :

TOM WOLF, GOVERNOR OF        :
PENNSYLVANIA; JOHN E. WETZEL,  :
SECRETARY OF PENNSYLVANIA     :
DEPARTMENT OF CORRECTIONS,   :

          Respondents    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of September, 2020, the Application for Leave to File Original Process is GRANTED, and the "Application Seeking Leave for Appointment of Counsel" and the "Habeas Corpus Petition for Emergency Relief of Release from Confinement" are DENIED.